UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY LETT,<br><br>           Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>           Defendants. | Civil Action No. 23-3942 (SLS) |

**DEFENDANTS' ANSWER**

By and through undersigned counsel, the Department of Justice and the Federal Bureau of Prisons (collectively "Defendants"), respectfully submit this Answer to the Complaint filed by Anthony Lett ("Plaintiff"). In response to Plaintiff's Complaint, Defendants answer as follows[1]:

**JURISDICTION**

1. This paragraph contains legal conclusions of law concerning jurisdiction, which consist of legal conclusions to which no response is required. To the extent a response is required, Defendant admits that this Court has subject matter jurisdiction subject to the terms and limitations of the Freedom of Information Act ("FOIA").

2. This paragraph contains conclusions of law concerning venue, to which no response is required. To the extent a response is deemed required, Defendant admits that venue lies in this judicial district for a proper claim under 5 U.S.C. § 552.

**DEFENDANTS**

1. Admitted that the Department of Justice is an agency of the United States.

---

[1] Defendants replicate the headings and structure of the Complaint for ease of reference, responding only to those sections containing allegations.

2. Defendant Federal Bureau of Prisons denies that it is a proper party to this suit and avers that it should be dismissed pursuant to Federal Ruel of Civil Procedure 12(b)(6), as the Complaint fails to allege any facts pertaining to the agency.

### CASUSE OF ACTION

1. This paragraph consists of Plaintiffs' characterization of this action, to which no response is required.

2. This paragraph consists of Plaintiffs' characterization of this action, to which no response is required.

3. Admit that the Executive Office for the United States Attorney received a Freedom of Information Act request from Plaintiff on June 7, 2023. Defendants respectfully refer the Court to the request for a full and accurate statement of it contents.

4. This paragraph consists of Plaintiff's characterization of this action, to which no response is required.

5. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### REQUEST FOR RELIEF

1. This paragraph consists of Plaintiff's request for relief, to which no response is required. To the extent that a response is deemed required, Defendants deny that Plaintiff is entitled to the requested relief, or to any relief whatsoever.

2. This paragraph consists of Plaintiff's request for relief, to which no response is required. To the extent that a response is deemed required, Defendants deny that Plaintiff is entitled to requested relief, or to any relief whatsoever.

3. This paragraph consists of Plaintiff's request for relief, to which no response is required. To the extent that a response is deemed required, Defendants deny that Plaintiff is entitled to requested relief, or to any relief whatsoever.

## DEFENSES

Defendants allege the following additional defenses to the Complaint. In asserting these defenses, Defendants do not assume the burden to establish any fact or proposition where that burden is properly imposed upon Plaintiff. Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of the litigation.

### First Defense

The Complaint contains no factual allegations, and thus fails to state a claim upon which relief can be granted, against Defendant Federal Bureau of Prisons. Accordingly, the Federal Bureau of Prisons should be dismissed from this lawsuit pursuant to Federal Rule of Civil Procedure 12(b)(6).

### Second Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief to the extent the requests exceed the relief authorized by the FOIA.

### Third Defense

Plaintiff is not entitled to compel the production of any record or portion of any record exempt from disclosure by one or more of the exclusions or exemptions enumerated in the FOIA or the Privacy Act where disclosure would cause foreseeable harm.

### Fourth Defense

Plaintiff is not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

### Fifth Defense

Defendant Department of Justice conducted an adequate search for documents responsive to Plaintiff's FOIA request.

### Sixth Defense

Defendants have not improperly withheld records requested by Plaintiff.

### Seventh Defense

Plaintiff is neither eligible for nor entitled to attorney's fees in this action.

Dated: January 30, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        /s/ L'Shaunteé J. Robertson
L'SHAUNTEE J. ROBERTSON
D.C. Bar #980248
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*

- 5 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 30, 2025, I caused a true and correct copy of the foregoing, with attachments and proposed order, to be served on Pro Se Plaintiff Anthony Lett by U.S. Mail, postage pre-paid, as follows:

Anthony Lett
R54850-060 Coleman II
U.S. Penitentiary Inmate Mail/Parcels P.O. Box 1034
Coleman, FL 33521

                                          */s/ L'Shaunteé J. Robertson*
                                          L'SHAUNTEE J. ROBERTSON