THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY LETT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Civil Action No. 23-3942 (SLS) |

## DEFENDANT'S STATUS REPORT

Defendant U.S. Department of Justice[1] submits this Status Report, pursuant to the Court's February 6, 2025 Order, ECF No. 12, and its March 7, 2025 Minute Order.

1.  This case stems from Plaintiff's June 7, 2023 Freedom of Information Act (FOIA) request for records related to his criminal prosecution. Compl. at 3, ECF No. 1.[2]

2.  Defendant has completed its search, which resulted in approximately 660 pages of potentially responsive material. Defendant made a release on January 14, 2025, providing Plaintiff 427 pages in full and 2 pages in part; 83 pages were withheld inf full, and 144 pages are pending release after consultation with other components. Defendant expects to make a final release within 30 days of receiving those consultation responses, which Defendant estimates will be around May 30, 2025.

3.  Defendant does not anticipate filing a motion to stay under *Open America v.*

---

[1] As represented in the Answer to the Complaint, Defendant Federal Bureau of Prisons is not a proper party to this suit and therefore should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6), as the Complaint fails to allege any facts pertaining to the agency. *See* Ans. ¶ 2, ECF No. 11. Accordingly, Federal Bureau of Prisons makes no representations in this Report.

[2] Citations to the Complaint are to the ECF page number.

*Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, Defendant believes that establishing a summary judgment briefing schedule and the filing of a *Vaughn* index are premature at this time.

4. Defendant proposes to file a further Status Report on or before May 6, 2025 to update the Court on the status of Plaintiff's request and proposing a briefing schedule if necessary.

Dated: March 19, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ L'Shaunteé J. Robertson*
    L'SHAUNTEE J. ROBERTSON
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-1729

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 19, 2025, I caused a true and correct copy of the foregoing to be served on Pro Se Plaintiff Anthony Lett by U.S. Mail, postage pre-paid, as follows:

Anthony Lett
R54850-060 Coleman II
U.S. Penitentiary Inmate Mail/Parcels P.O. Box 1034
Coleman, FL 33521

                                                               */s/ L'Shauneé J. Robertson*
                                                                L'SHAUNTEE J. ROBERTSON