UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY LETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | Civil Action No. 23-3942 (SLS) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephanie R. Johnson and remove the appearance of Assistant United States Attorneys L'Shauntee J. Robertson and Diana Viggiano Valdivia as counsel for Defendants in the above-captioned case.

Dated: June 5, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: _____/s/ Stephanie R. Johnson_____
　　　　　　　　　　　　　　　　　　　　STEPHANIE R. JOHNSON,
　　　　　　　　　　　　　　　　　　　　　D.C. Bar # 1632338
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　(202) 252-7874
　　　　　　　　　　　　　　　　　　　　Stephanie.Johnson5@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorney for the United States of America*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served by United States mail, postage prepaid, upon:

Anthony Lett
R54850-060 Coleman II
U.S. Penitentiary Inmate Mail/Parcels P.O. Box 1034
Coleman, FL 33521

                                                                                        */s/ Stephanie R. Johnson*
                                                                                        STEPHANIE R. JOHNSON
                                                                                        Assistant United States Attorney

Dated: June 5, 2025